UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ALANA HANSHAW,**

      **Plaintiff,**

**v.**                                                                              **Case No: 5:17-cv-410-Oc-41PRL**

**VETERANS & MEDICAID PLANNING
GROUP, PLLC and ERIC MILLHORN,**

      **Defendants.**

                                                 /

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice ("Motion," Doc. 52). United States Magistrate Judge Phillip R. Lammens issued a Report and Recommendation (Doc. 54), in which he recommends that the Motion be granted.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 54) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal with Prejudice (Doc. 52) is **GRANTED**.

3. The Settlement Agreement (Doc. 52 at 4–5) is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 10, 2019.



Copies furnished to:

Counsel of Record